Affirmed and Opinion filed March 26, 2009








Affirmed
and Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00950-CR

____________

 

ELBERT HARRY HOLT,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 183rd District
Court

Harris County, Texas

Trial Court Cause No.
1156243

 



 

M E M O R A N D U M   O P I N I O N

After a
guilty plea, appellant was convicted of the offense of driving while
intoxicatedBthird offense. On September 23, 2008, the trial court sentenced appellant
to confinement for three years in the Institutional Division of the Texas
Department of Criminal Justice.








On March
5, 2009, this court ordered a hearing to determine why appellant=s counsel had not filed a brief in
this appeal.  On March 12, 2009, the trial court conducted the hearing.  The
record of the hearing was filed in this court on March 13, 2009.

The
trial court found appellant no longer desires to prosecute his appeal.

On the
basis of this finding, this court has considered the appeal without briefs.  See
Tex. R. App. P. 38.8(b).  The
case is before us without a reporter=s record or bill of exception.

We find
no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

 

Panel consists of Justices Yates,
Guzman, and Sullivan.

Do not publish - Tex. R. App. P. 47.2(b).